NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


THOMAS PACK,                              )
                                          )
            Appellant,                    )
                                          )
v.                                        )          Case No. 2D17-3198
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Susan Maulucci, Judge.

Thomas Pack, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.